# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JULY 22, 2025

| | |
|---|---|
| 23-13121 | United States v. Alhaji Touray, Appellant |
| 24-10014 | Terry Dukes, Sr. v. Chase Gregory, Appellant |
| 24-11946 | Adam McLean, et al., Appellants v. Delta Air Lines, Inc. |
| 24-10889 | Baytree Condominium, Section Eight, Inc., Appellant v. Clear Blue Specialty Insurance Company |

### WEDNESDAY, JULY 23, 2025

| | |
|---|---|
| 24-10657 | United States v. Lesley Green, Appellant (Consolidated with 24-11301, United States v. Philmon Chambers, Appellant) |
| 24-10169 | Humbolt Investments, LLC, Appellant v. Commissioner of Internal Revenue (Consolidated with 24-10973, William Allen, Appellant v. Commissioner of Internal Revenue) |
| 23-13768 | Camden County, Appellant v. Union Carbide Corporation |
| 24-10148 | Global Marine Exploration, Inc., Appellant v. Republic of France |

### THURSDAY, JULY 24, 2025

| | |
|---|---|
| 24-11389 | Stanley Watson, Appellant v. Shenekka Bradsher, et al. |
| 24-11299 | Robin Amanda Bayse v. Ted Philbin, et al., Appellants |
| 23-13205 | Joel Galarza, et al., Appellants v. One Call Claims, LLC, et al. |
| 24-11579 | Harrison Breedlove, et al., Appellants v. Demetry Christian |

### FRIDAY, JULY 25, 2025

| | |
|---|---|
| 23-10682 | Donald Johnson, Appellant v. United States Congress |
| 23-14237 | Caterpillar Financial Services Corporation, Appellant v. Venequip Machinery Sales Corporation |
| 24-11121 | TransWorld Food Service, LLC, et al., Appellants v. Nationwide Mutual Insurance Company |
| 24-10327 | Marsha Mignott, Appellant v. State Bar of Georgia Foundation, Inc., et al. |

# COUNSEL MUST REPORT TO THE COURTROOM DEPUTY PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
05/05/25 - #19