# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10014
_____

TERRY DUKES, SR.,

                                                                       *Plaintiff-Appellee,*

versus

SHERIFF OF LEVY COUNTY, FLORIDA, et al.,

                                                                         *Defendants,*

CHASE GREGORY,
   Corporal, in his individual capacity,

                                                                         *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:23-cv-00045-AW-HTC
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 16, 2025

For the Court: DAVID J. SMITH, Clerk of Court