**No. 24-10014**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

TERRY DUKES, SR.,

*Plaintiff-Appellee*,

v.

CHASE GREGORY,

*Defendant-Appellant.*

On interlocutory appeal from the United States District Court
for the Northern District of Florida

No. 1:23-cv-45-AW-HTC

---

**APPELLEE'S MOTION TO TRANSFER CONSIDERATION OF
ATTORNEY'S FEES TO DISTRICT COURT**

---

James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff-Appellee
Terry Dukes, Sr.*

**No. 24-10014**
*Terry Dukes, Sr. v. Chase Gregory*

**Appellee's Certificate of Interested Persons
and Corporate Disclosure Statement**

Under Rule 26.1 and 11th Cir. Rule 26.1-1(a)(3), Appellee Terry Dukes, Sr.

certifies that these persons have an interest in the outcome of this case:

1. Adkins, Gwendolyn P. (Attorney for Appellant);

2. Cannon, The Honorable Hope T. (United States Magistrate Judge);

3. Coppins Monroe, P.A. (Attorneys for Appellant);

4. Dukes, Sr., Terry (Plaintiff-Appellee);

5. Gregory, Chase (Defendant-Appellant);

6. McCallum, Jr., Robert B. (Defendant);

7. Seagle, Scott J. (Attorney for Appellant);

8. Slater, James M. (Attorney for Appellee);

9. Slater Legal PLLC (Attorneys for Appellee); and

10. Winsor, The Honorable Allen (United States District Judge).

No publicly traded company or corporation is known to have an interest in

the outcome of this appeal.

/s/ James M. Slater
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

C-1

## PLAINTIFF-APPELLEE'S MOTION TO TRANSFER CONSIDERATION OF ATTORNEY'S FEES TO THE DISTRICT COURT

On October 16, 2025, this Court issued an opinion affirming in part and vacating and remanding in part as to the district court's denial of Defendant-Appellant Chase Gregory's motion for summary judgment. Pursuant to 11th Cir. R. 39-2(d), Plaintiff-Appellee Terry Dukes, Jr. is a party who may be eligible for attorney's fees on appeal. Accordingly, he moves to transfer to the district court all considerations regarding his entitlement to attorney's fees for work performed in connection with this litigation on appeal.

Dated: October 23, 2025

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff-Appellee*
*Terry Dukes, Sr.*

1

**Certificate of Compliance with Type-Volume Limitation,
Typeface and Type-Style Requirements**

I certify that this motion complies with Rule 27(d)(2)(A) because, excluding the parts of the brief exempted Rule 32(f), it contains 96 words. Further this motion complies with 11th Cir. Rule 27-1(a)(11), and therefore Rules 32(a)(5) and (6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

*/s/ James M. Slater*
James M. Slater

**Certificate of Service**

I hereby certify that on October 23, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve this document on all counsel of record.

*/s/ James M. Slater*
James M. Slater

2